**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Case No. 25-cv-13548

In re: James Holloway,

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

James Holloway, a prisoner in the custody of the Federal Bureau of Prisons, filed a civil action challenging the conditions of his confinement. (ECF No. 1.) He also filed an application to proceed without prepayment of the filing fee. (ECF No. 2.) Under 28 U.S.C. § 1915(a)(2), a prisoner seeking leave to proceed in forma pauperis must submit a certified copy of the trust fund account statement for the six-month period immediately preceding the filing of the complaint. Because Holloway did not submit a certified trust fund account statement, the Court ordered him to do so within thirty days and cautioned that failure to comply would result in dismissal of the case without prejudice. (ECF No. 3.)

Federal Rule of Civil Procedure 41(b) gives the district court power

to dismiss a complaint where "the plaintiff fails to prosecute or to comply with [the Federal Rules] or a court order." Fed. R. Civ. P. 41(b). This rule provides the Court a tool to effectively manage its docket. *Knoll v. Am. Tel. & Tel. Co.*, 176 F.3d 359, 362–63 (6th Cir. 1999). Holloway did not comply with the deficiency order despite ample time and notice that noncompliance would result in dismissal. Therefore, the Court will dismiss the case without prejudice. *See May v. Pike Lake State Park*, 8 F. App'x 507, 508 (6th Cir. 2001) (affirming dismissal of case for lack of prosecution where *pro se* litigant failed to comply with "readily comprehended" order).

Accordingly, the complaint is DISMISSED WITHOUT PREJUDICE. Plaintiff may file a new complaint under a new case number provided he pays the applicable fees or files the necessary documentation to proceed without prepayment of fees.

IT IS SO ORDERED.

Dated: February 9, 2026  
Ann Arbor, Michigan

s/Judith E. Levy  
JUDITH E. LEVY  
United States District Judge

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 9, 2026.

<u>s/William Barkholz</u>
WILLIAM BARKHOLZ
Case Manager